78,203-04

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

**RE:** Submission of Writ of Mandamus

Dear Clerk,

Enclosed please find my Original Application for Writ of Mandamus, in Trial Court Number 1193809-C, in 184th Judicial District Court of Harris County, Texas. If possible, I ask that a file stamped copy of this application, or a letter of positive acceptance of the application be returned to me for my own perosonal records.

Thank you in advance for your time, patience and effort in considering my most humble request.

Respectfully submitted,


Irvin R. Davis
TDCJ-ID# 1653531
Geroge Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

EX PARTE § COURT OF CRIMINAL

§

§ APPEALS

IRVIN R. DAVIS, §

TDCJ-ID# 1653531, Relator § OF TEXAS

## RELATOR'S APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW IRVIN R.DAVIS, now and henceforth named as the Relator in the above numbered and captioned cause, and files this Application For Writ of Mandamus, an extrodinary writ, seeking relief of violations of Article 11.07 of the Texas Code of Criminal Procedure, and in support thereof the Relator will show the following:

### I. RELATOR

Irvin R. Davis, TDCJ-ID# 1653531, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at 1391 FM 3328, Tennessee Colony, Texas.

Relator has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministerial, not discretionary in nature. TCCP Art. 11.07, section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answeres filed, and a certificate reciting the date upon which that finding was made has been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have received notice from the Court of Criminal Appeals.

## II. RESPONDENT

Respondent, Chris Daniel, in his capacity as District Clerk of Harris County, Texas, has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to TCCP Art. 2.21, and is responsible under TCCP 11.07 Sec. 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answeres filed, and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolved.

Chris Daniel, District Clerk of Harris County, Texas, may be served at his place of business at P.O. Box 4651, Houston, Texas 77210-4651.

## III. Violation of Article 11.07 of the TEXAS CODE OF CRIMINAL PROCEDURE

The Respondent violated Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law.

Relator has gone well beyond any requirement or obligation imposed upon him by the Texas Code of Criminal Procedure. Article 11.07 Section 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, the clerk shall immediately transmit to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the Court to act within the allowed 20 days shall constitute such a finding." TEXA CODE CRIM. P., art. 11.07 Sec. 3(c). Respondent is in violation of this procedure, ministerial duties, and thus the laws of this state.

## IV. PRAYER

WHEREFORE PREMISES CONSIDERED, Relator prays that the Court will grant the relief sought in this application, by ordering the Respondent to immediately transmit its findings to the Court of Criminal Appeals, on the face of the pleadings within this application.

Respectfully submitted,

Irvin R.Davis
TDCJ-ID# 1653531
George Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

### INMATE DECLARATION

Pursuant to Title 6, Texas Civil Practice and Remedies Code §§ 132.001-003.

I, __IRVIN R. DAVIS__, TDCJ-ID# __1653531__, being presently incarcerated at the George Beto Unit, in Anderson County, Texas, do declare under penalty of perjury that I am the Relator in the foregoing Application for Writ of Mandamus, and all statements contained therein are true and correct.

Singed on this the __2__ day of __MAY__, 20 __15__.

_____Irvin R Davis_____
Signature of Declarant/Relator

Page 3 of 3

Cause No. 1193809-C

EX PARTE

IRVIN R.DAVIS,
TDCJ-ID# 1653531,RELATOR

§
§
§
§
§
§
§

COURT OF CRIMINAL

APPEALS

OF TEXAS

## ORDER

On_____, 2015,the Realtor's Application for
Writ of Mandamus came to be considered.The Court finds that the relator
is entitled to the relief sought,and it is :.
**THEREFORE ORDERED** that the District Clerk of Harris County,Texas immediately
transmit a copy of the relator's application,attached Memorandum of Law,
answers filed, and acertificate reciting the date upon which those findings
were made,to the Court of Criminal Appeals of Texas.


Signed on_____.


_____
JUDGE PRESIDING

**CERTIFICATE OF SERVICES**

This is to certify that on May 8, 2015, a true and correct copy of the foregoing Application for Writ of Mandamus was placed in the United States Mail, to be delivered to the Harris County District Clerk's Office, Mr. Chris Daniel, at P.O. Box 4651, Houston, Texas 77210-4651.

Signed on this the 2 day of MAY , 20 15 .

_____
Signature of Relator